# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0085.  RICKY LEE HOLCOMB v. THE STATE.**

Ricky Lee Holcomb seeks to appeal a June 28, 2016 order denying credit for time served on a conviction for possession of methamphetamine with the intent to distribute.  On August 15, 2016, Holcomb filed his application for discretionary appeal of that order in the Georgia Supreme Court, which transferred the case to this Court.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment sought to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Holcomb filed his application 48 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  10/03/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*